

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| | ) | Case No: 16 CR 622 |
| | ) | |
| v. | ) | |
| | ) | Judge Mary M. Rowland |
| | ) | |
| Zachary Buchta & | ) | |
| Bradley Jan Willem Van Rooy, | ) | **UNDER SEAL** |
| Defendants. | ) | |
| | ) | |

### ORDER

Arrest warrants issued to the U.S. Marshals Service as to defendants Zachary Buchta, and Bradley Jan Willem Van Rooy. Enter Order.

Date: 09/23/16

/s/ Mary M. Rowland
UNITED STATES MAGISTRATE JUDGE