UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZACHARY BUCHTA,<br>    also known as "pein," "@fbiarelosers,"<br>    "@xotehpoodle," and "lizard," and<br>BRADLEY JAN WILLEM VAN ROOY,<br>    also known as "Uchiha," "@UchihaLS,"<br>    "dragon," and "fox" | CASE NUMBER:<br><br>UNDER SEAL<br><br>16CR 622<br><br>MAGISTRATE JUDGE ROWLAND |

### GOVERNMENT'S MOTION TO SEAL
### COMPLAINT, AFFIDAVIT, AND ARREST AND SEIZURE WARRANTS

Now comes the UNITED STATES OF AMERICA, by ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Complaint, Affidavit, and Arrest and Seizure Warrants:

The public filing of the Complaint, Affidavit, and Arrest and Seizure Warrants in this matter before the arrest warrants can be executed could alert the defendants and result in their flight and the destruction of evidence.

For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest and Seizure Warrants, as well as this Motion to Seal, be sealed until the time of arrest of all defendants in this case or further order of the Court, whichever occurs earlier.

DATE: September 23, 2016

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: _____
William E. Ridgway
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 469-6233