IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> v. <br><br> Zachary Buchta, <br><br> Defendant, | Case No. 16-cr-622 <br> Judge Jeffrey T. Gilbert |

**ORDER**

Initial appearance proceedings held on 10/5/16. Defendant was informed of his rights, the nature of the charges and the maximum penalties. Matthew J. Madden of the Federal Defender Panel is assigned as counsel for Defendant. The Defendant waived his right to a preliminary examination hearing in exchange for early discovery. Defendant is held to answer in the District Court pending further proceedings. The Government and Defendant agree on certain conditions of release. Enter Order Setting Conditions of Release. Defendant released on an unsecured bond in the amount of $10,000. The Defendant shall be released after processing. Enter Order Setting Conditions of Release. The Government's oral motion to unseal the case is granted without objection. Case ordered unsealed.

IA: 00:15

Date: 10/05/16

Magistrate Judge Jeffrey T. Gilbert

Rev. 10/2013