# IN THE
## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

v.

ZACH BUCHTA

Defendant.

Case Number 16 CR 622

Judge GILBERT

## CJA APPOINTMENT ORDER
### ORDER APPOINTING COUNSEL UNDER CJA

**Person Represented:** ZACH BUCHTA     **Under Seal** ✓

**Defendant Number:** 1

**Payment Category:** Felony

**Type of Person Represented:** Adult

**Representation Type:** CC

**Attorney Name:** Matthew J. Madden

**Court Order:** Appointing Counsel

**Prior attorney's name:** _____

**Signature of Presiding Judge or by Order of the Court** _[signature]_

**Date of Order:** 10/5/16     **Nunc Pro Tunc Date:** _____ or None ✓

### ORDER APPOINTING INTERPRETER UNDER CJA

**Interpreter needed** ☐ Yes     **Under Seal** ☐

Prior authorization shall be obtained for services in excess of $800.

**Expected to exceed** ☐ Yes ☐ No

**Prior authorization approved** ☐ Yes ☐ No

**Signature of Presiding Judge or by Order of the Court** _____

**Date of Order:** _____     **Nunc Pro Tunc Date:** _____     or None ☐