# Attachment A
# UNDER SEAL