**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

UNITED STATES OF AMERICA

                                       Plaintiff,

v.                                        Case No.: 1:16–cr–00622
                                                Honorable Mary M. Rowland

Zachary Buchta, et al.

                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 23, 2016:

      MINUTE entry before the Honorable Mary M. Rowland: as to Zachary Buchta (1): Jason Leiderman's Motion for Leave to Appear Pro Hac Vice [20] is granted. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.