FILED
FEB 02 2017 TM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

16CR622 TM

FELONY
JUDGE SHAH
MAGISTRATE JUDGE ROWLAND

Cat 2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1. Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **Yes** (You must answer 1b even if the answer is No)

   1a. If the answer is "Yes," list the case number and title of the earliest filed complaint: United States v. Zachary Buchta et al., 16 CR 622  MAGISTRATE JUDGE ROWLAND

   1b. Should this indictment or information receive a new case number from the court? **No**

2. Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **No**

   2a. If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3. Is this a re-filing of a previously dismissed indictment or information? **No**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5. Is this a transfer of probation supervision from another district to this District? **No**

6. What level of offense is this indictment or information? **Felony**

7. Does this indictment or information involve eight or more defendants? **No**

8. Does this indictment or information include a conspiracy count? **Yes**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: Other Federal Statutes (III)

10. List the statute of each of the offenses charged in the indictment or information.
18 U.S.C. §§ 1030(a)(5)(A), 1030(b) and 1030(c)(4)(B)(i)

FILED
FEB 0 2 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Rajnath Laud
Assistant United States Attorney