# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                                       Case No.: 1:16–cr–00622
                                                                        Honorable Manish S. Shah

Zachary Buchta, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 20, 2017:

      MINUTE entry before the Honorable Manish S. Shah: as to Zachary Buchta. With the agreement of the parties, the arraignment on 3/23/17 is reset to 10:15 a.m. Please note, this is only a change of time. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.