**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| USA | ) | |
|     Plaintiff | ) | Case No: 16 CR 622 |
| | ) | |
| v. | ) | Judge Manish S. Shah |
| | ) | |
| Zachary Buchta | ) | |
| | ) | |
|     Defendant | ) | |
| | ) | |

**ORDER**

(T:)  00:10

Arraignment held as to Zachary Buchta (1). Defendant acknowledges receipt of the indictment and waives formal reading. Defendant enters plea of not guilty to the charges in the Indictment. Local Criminal Rule 16.1(A) conference shall occur by 3/30/17. A status hearing is set for 5/23/17 at 10:15 a.m. Government moves to exclude time, without objection. The court excludes time from 3/23/17 through 5/23/17 under 18 U.S.C. § 3161(h)(7) to serve the ends of justice. Excluding time will allow the defense time to review voluminous discovery materials and to determine the need for any pretrial motions which is necessary for the effective preparation of the case. Such delay outweighs the interests of the public and the defendant in a speedy trial. Defendant Buchta's Order Setting Conditions of Release is modified to permit the use of the computer under the supervision and monitoring of defendant's mother for purposes of obtaining his GED. Defendant's appearance is waived for non-substantive court hearings.

Date:  3/23/2017

                                                      Manish S. Shah
                                                    United States District Judge