**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ZACHARY BUCHTA | No. 16 CR 622-1 <br><br> Judge Manish S. Shah |

## RESTITUTION

| | | |
|---|---|---|
| Victim B | Blizzard Games <br> Christopher Fajardo <br> Director of Security <br> 16215 Alton Parkway <br> Irvine, California 92618. <br> 949-955-1380 ext 12186 <br> cfajardo@blizzard.com | Amount: $65,000 |
| Victim C | Riot Games <br> Casey Wong <br> 12333 Olympic Blvd <br> Los Angeles, CA 90064 <br> 408-605-7689 <br> cwong@riotgames.com | Amount: $284,000 |